**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

LARRY MERRITT                                                                    PLAINTIFF

    VERSUS                                                        Nº 2:07-CV-029-P-A

ROBINSON PROPERTY GROUP CORP.                    DEFENDANT

### REPORT AND RECOMMENDATIONS

The undersigned submits this Report and Recommendation to the Hon. U.S. District Judge W. Allen Pepper, Jr., for disposition.

On August 13, 2007, the undersigned enter an Order {Nº16} granting the motion to withdraw filed by Mr. Michael D. Cooke, Esq. In that Order, the undersigned advised the plaintiff, Larry Merritt, that he had ten days from the Order's entry date to retain counsel or inform the court of his intent to proceed *pro se*. The undersigned also warned the plaintiff that failure to comply with the undersigned's Order may result in dismissal of the case for want of prosecution.

The plaintiff has failed to obtain other counsel or to notify this court of his intent to proceed *pro se*. Indeed, the plaintiff has not responded to the undersigned's order at all. Because the plaintiff has wholly failed to comply with the August Order, the undersigned recommends that this action be dismissed based upon his failure to prosecute.

The parties are referred to 28 U.S.C. § 636(b)(1)(B) and FED. R. CIV. P. 72(b) for the appropriate procedure in the event any party desires to file objections to

these findings and recommendations. Objections are required to be in writing and must be filed within ten (10) days of this date and "a party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court . . . ." *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc) (citations omitted).

**SO ORDERED**, this the 1st day of October, 2007.

/S/ *S. Allan Alexander*
UNITED STATES MAGISTRATE JUDGE