**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**


**LARRY MERRITT**                                                                    **PLAINTIFF**


**VERSUS**                                                                    **No. 2:07CV29-P-A**


**ROBINSON PROPERTY GROUP CORP.**                                    **DEFENDANT**

<u>**ORDER**</u>

Upon consideration of the file and record of this action, the Court finds that the Report and Recommendations of the United States Magistrate Judge dated October 1, 2007, was on that date duly served by regular mail plaintiff; that more than ten days have elapsed since service of said Report and Recommendations; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendations should be approved and adopted as the opinion of the Court.

It is, therefore **ORDERED:**

l. That the Report and Recommendations of the United States Magistrate Judge dated October 1, 2007, is approved and adopted as the opinion of the Court.

2. That this case should be, and hereby is, **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**THIS**, the 28th day of December, 2007.


/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE